Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18–21794–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Bristol K. Jenkins Sr.
aka Bodies by Bristol LLC
19 Warren Ave.
Browns Mills, NJ 08015

Kenyatta R. Jenkins
19 Warren Ave.
Browns Mills, NJ 08015

Social Security No.:
xxx–xx–6832                                          xxx–xx–6858

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            8/14/18
Time:            10:00 AM
Location:         Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 27, 2018
JAN: wdr

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-21794-MBK
Bristol K. Jenkins, Sr.                                         Chapter 13
Kenyatta R. Jenkins
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 1              Date Rcvd: Jun 27, 2018
                             Form ID: 132           Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2018.
db/jdb        +Bristol K. Jenkins, Sr.,   Kenyatta R. Jenkins,   19 Warren Ave.,   Browns Mills, NJ 08015-4301
517612636     +Deutsche Bank National Trust Co. Trustee (See 410),   c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
517584412      Freeman & Mintz, PA,   34 Tanner Street,   Haddonfield, New Jersey 08033-2482
517584413     +HT Automotive, LLC,   1301 Route 73,   Mt. Laurel, NJ 08054-2215
517584416     +SLS,   8742 Lucent Blvd., Suite 300,   Highlands Ranch, Colorado 80129-2386
517584417      Toyota Financial Services,   POB 4102,   Carol Stream, Illinois 60197-4102
517584420     +United States Attorney General,   United States Department of Justice,
               Ben Franklin Station, POB 683,   Washington, D.C. 20044-0683
517584422      Virtua Health System,   POB 8500-8267,   Philadephia, Pennsylvania 19178-8267
517584423     +Wells Fargo Bank,   POB 14517,   Des Moines, Iowa 50306-3517
517605387     +Wells Fargo Bank, NA,   435 Ford Road, 3rd FL, Suite 300,   Saint Louis Park, MN 55426-4938

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 27 2018 23:18:58     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 27 2018 23:18:56     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517584414      E-mail/Text: cio.bncmail@irs.gov Jun 27 2018 23:18:22     Internal Revenue Service,   POB 7346,
               Philadelphia, Pennsylvania 19101-7346
517584415      E-mail/Text: bkdepartment@rtresolutions.com Jun 27 2018 23:19:11
               Real Time Resolutions, Inc.,   P. O. Box 731940,   Dallas, TX 75373-1940
517584418     +E-mail/Text: usanj.njbankr@usdoj.gov Jun 27 2018 23:18:58     United States Attorney,
               Peter Rodino Federal Building,   970 Broad Street, Suite 700,   Newark, New Jersey 07102-2527
                                                                             TOTAL: 5


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517584419*    +United States Attorney,   Peter Rodino Federal Building,   970 Broad Street, Suite 700,
               Newark, New Jersey 07102-2527
517584421*    +United States Attorney General,   United States Department of Justice,
               Ben Franklin Station, POB 683,   Washington, D.C. 20044-0683
                                                                  TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2018 at the address(es) listed below:
        Albert  Russo    docs@russotrustee.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        Victor  Druziako    on behalf of Debtor Bristol K. Jenkins, Sr. bkdruziako@aol.com
        Victor  Druziako    on behalf of Joint Debtor Kenyatta R. Jenkins bkdruziako@aol.com
                                                                  TOTAL: 4