Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 18−21794−MBK
          Chapter: 13
          Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Bristol K. Jenkins Sr.<br>aka Bodies by Bristol LLC<br>19 Warren Ave.<br>Browns Mills, NJ 08015 | Kenyatta R. Jenkins<br>19 Warren Ave.<br>Browns Mills, NJ 08015 |

Social Security No.:
  xxx−xx−6832                                  xxx−xx−6858

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on November 5, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 37 − 36
Order Granting Application for Extension of Loss Mitigation (Related Doc # 36). Loss Mitigation Period Extended to: 1/27/19. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/5/2018. (bwj)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 5, 2018
JAN: bwj

                                                                         Jeanne Naughton
                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 18-21794-MBK
Bristol K. Jenkins, Sr.　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
Kenyatta R. Jenkins
　　　　Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3　　　　User: admin　　　　Page 1 of 1　　　　Date Rcvd: Nov 05, 2018
　　　　　　　　　　　　　　Form ID: orderntc　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2018.
lm　　　　　　+SLS,   8742 Lucent Blvd., Ste. 300,   Highlands Ranch, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2018 at the address(es) listed below:
　　　　Albert　Russo　docs@russotrustee.com
　　　　Denise E. Carlon　on behalf of Creditor　Toyota Motor Credit Corporation
　　　　 dcarlon@kmllawgroup.com,　bkgroup@kmllawgroup.com
　　　　Denise E. Carlon　on behalf of Creditor　Deutsche Bank National Trust Company, As Trustee Et
　　　　 Al... dcarlon@kmllawgroup.com,　bkgroup@kmllawgroup.com
　　　　Kevin Gordon McDonald　on behalf of Creditor　Toyota Motor Credit Corporation
　　　　 kmcdonald@kmllawgroup.com,　bkgroup@kmllawgroup.com
　　　　Rebecca Ann Solarz　on behalf of Creditor　Deutsche Bank National Trust Company, As Trustee Et
　　　　 Al... rsolarz@kmllawgroup.com
　　　　U.S. Trustee　USTPRegion03.NE.ECF@usdoj.gov
　　　　Victor　Druziako　on behalf of Joint Debtor Kenyatta R. Jenkins bkdruziako@aol.com
　　　　Victor　Druziako　on behalf of Debtor Bristol K. Jenkins, Sr. bkdruziako@aol.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 8