UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Victor Druziako, Esq.
Law Office of Victor Druziako, P.C.
1882 W. Landis Ave.
Vineland, NJ 08360
(856)692-7474
Counsel for Debtors, Bristol K. Jenkins Sr. and Kenyatta R. Jenkins
~~VD-3263~~

In Re:

Debtors, Bristol K. Jenkins Sr. and Kenyatta R. Jenkins

Order Filed on November 5, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-21794

Chapter: 13

Judge: Michael B. Kaplan

**ORDER RESPECTING REQUEST FOR EXTENSION**
**OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 5, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation filed by _____Debtors_____, on ____07/31/2018____, and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtors_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ____01/27/2019____ .

The Loss Mitigation Period is terminated, effective _____ .

*new.8/1/11*

United States Bankruptcy Court
District of New Jersey

In re:
Bristol K. Jenkins, Sr.
Kenyatta R. Jenkins
    Debtors

Case No. 18-21794-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 05, 2018
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2018.
db/jdb        +Bristol K. Jenkins, Sr.,    Kenyatta R. Jenkins,    19 Warren Ave.,    Browns Mills, NJ 08015-4301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2018 at the address(es) listed below:
           Albert    Russo    docs@russotrustee.com
           Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
            dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
           Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et
            Al... dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
           Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
            kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
           Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et
            Al... rsolarz@kmllawgroup.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
           Victor    Druziako    on behalf of Joint Debtor Kenyatta R. Jenkins bkdruziako@aol.com
           Victor    Druziako    on behalf of Debtor Bristol K. Jenkins, Sr. bkdruziako@aol.com
                                                                                                                TOTAL: 8