| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1** | Bristol K. Jenkins Sr. | Social Security number or ITIN: | xxx–xx–6832 |
| | First Name  Middle Name  Last Name | EIN:  _ _–_ _ _ _ _ _ _ | |
| **Debtor 2**<br>(Spouse, if filing) | Kenyatta R. Jenkins | Social Security number or ITIN: | xxx–xx–6858 |
| | First Name  Middle Name  Last Name | EIN:  _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13  6/11/18 |
| Case number: | 18–21794–MBK | Date case converted to chapter: | 7  12/12/18 |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| **1.** | **Debtor's full name** | Bristol K. Jenkins Sr. | Kenyatta R. Jenkins |
| **2.** | **All other names used in the last 8 years** | aka Bodies by Bristol LLC | |
| **3.** | **Address** | 19 Warren Ave.<br>Browns Mills, NJ 08015 | 19 Warren Ave.<br>Browns Mills, NJ 08015 |
| **4.** | **Debtor's attorney**<br>Name and address | Victor Druziako<br>Law Office of Victor Druziako, PC<br>1882 W Landis Avenue<br>Vineland, NJ 08360 | Contact phone 856–692–7474 |
| **5.** | **Bankruptcy trustee**<br>Name and address | Andrea Dobin<br>Trenk DiPasquale<br>427 Riverview Plaza<br>Trenton, NJ 08611 | Contact phone (609) 695–6070 |

**For more information, see page 2 >**

Debtor **Bristol K. Jenkins Sr.** and **Kenyatta R. Jenkins**                                                                   Case number **18–21794–MBK**

---

| 6. | **Bankruptcy clerk's office** | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the<br>Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m.,<br>Monday – Friday (except holidays)<br><br>Contact phone 609–858–9333<br><br>Date: 12/17/18 |
|---|---|---|---|
|  | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 |  |  |

---

| 7. | **Meeting of creditors** | **January 14, 2019 at 10:30 AM** | Location: |
|---|---|---|---|
|  | **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.** | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |
|  | All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. |  |  |

---

| 8. | **Presumption of abuse** | The presumption of abuse does not arise. |
|---|---|---|
|  | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. |  |

---

| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 3/15/19** |
|---|---|---|---|
|  | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** |  |
|  |  | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

---

| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|---|
|  | Please do not file a proof of claim unless you receive a notice to do so. |  |

---

| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 18-21794-MBK
Bristol K. Jenkins, Sr.                                                                   Chapter 7
Kenyatta R. Jenkins
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 2              Date Rcvd: Dec 17, 2018
                               Form ID: 309A            Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2018.
db/jdb      +Bristol K. Jenkins, Sr.,   Kenyatta R. Jenkins,   19 Warren Ave.,   Browns Mills, NJ 08015-4301
517612636   +Deutsche Bank National Trust Co. Trustee (See 410),   c/o Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
517691529    EMERG PHYS SVCS OF NJ PA,   PO Box 1123,   Minneapolis, MN 55440-1123
517584412    Freeman & Mintz, PA,   34 Tanner Street,   Haddonfield, New Jersey 08033-2482
517584413   +HT Automotive, LLC,   1301 Route 73,   Mt. Laurel, NJ 08054-2215
517701606   +PNC Bank, N.A.,   PO Box 94982,   Cleveland, OH 44101-4982
517660242    Pinnacle Credit Services, LLC its successors and,   assigns as assignee of Cellco,
             Partnership d/b/a Verizon Wireless,   Resurgent Capital Services,   PO Box 10587,
             Greenville, SC 29603-0587
517584416   +SLS,   8742 Lucent Blvd., Suite 300,   Highlands Ranch, Colorado 80129-2386
517661478   +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
517584420   +United States Attorney General,   United States Department of Justice,
             Ben Franklin Station, POB 683,   Washington, D.C. 20044-0683
517584422    Virtua Health System,   POB 8500-8267,   Philadephia, Pennsylvania 19178-8267

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: bkdruziako@aol.com Dec 18 2018 00:12:43    Victor Druziako,
             Law Office of Victor Druziako, PC,   1882 W Landis Avenue,   Vineland, NJ 08360
tr          +EDI: BADOBIN.COM Dec 18 2018 04:48:00    Andrea Dobin,   Trenk DiPasquale,
             427 Riverview Plaza,   Trenton, NJ 08611-3420
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 18 2018 00:14:05    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 18 2018 00:14:01    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517696206   +EDI: AIS.COM Dec 18 2018 04:43:00    Directv, LLC,   by American InfoSource as agent,
             4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517584414    EDI: IRS.COM Dec 18 2018 04:44:00    Internal Revenue Service,   POB 7346,
             Philadelphia, Pennsylvania 19101-7346
517696011   +EDI: MID8.COM Dec 18 2018 04:43:00    Midland Funding LLC,   PO Box 2011,
             Warren, MI 48090-2011
517703858    E-mail/Text: bkdepartment@rtresolutions.com Dec 18 2018 00:14:15
             Real Time Resolutions, Inc.,   1349 Empire Central Drive, Suite #150,
             Dallas, Texas 75247-4029
517584415    E-mail/Text: bkdepartment@rtresolutions.com Dec 18 2018 00:14:15
             Real Time Resolutions, Inc.,   P. O. Box 731940,   Dallas, TX 75373-1940
517584417    EDI: TFSR.COM Dec 18 2018 04:43:00    Toyota Financial Services,   POB 4102,
             Carol Stream, Illinois 60197-4102
517881984    EDI: ECMC.COM Dec 18 2018 04:43:00    US Department of Education,   PO Box 16448,
             St Paul MN 55116-0448
517584418   +E-mail/Text: usanj.njbankr@usdoj.gov Dec 18 2018 00:14:05    United States Attorney,
             Peter Rodino Federal Building,   970 Broad Street, Suite 700,   Newark, New Jersey 07102-2527
517584423   +EDI: WFFC.COM Dec 18 2018 04:43:00    Wells Fargo Bank,   POB 14517,
             Des Moines, Iowa 50306-3517
517605387   +EDI: WFFC.COM Dec 18 2018 04:43:00    Wells Fargo Bank, NA,   435 Ford Road, 3rd FL, Suite 300,
             Saint Louis Park, MN 55426-4938
                                                                                              TOTAL: 14


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517696013*  +Midland Funding LLC,   PO Box 2011,   Warren, MI 48090-2011
517661479*  +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
517676733*  +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
517584419*  +United States Attorney,   Peter Rodino Federal Building,   970 Broad Street, Suite 700,
             Newark, New Jersey 07102-2527
517584421*   United States Attorney General,   United States Department of Justice,
             Ben Franklin Station, POB 683,   Washington, D.C. 20044-0683
                                                                              TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Dec 17, 2018
                              Form ID: 309A            Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2018 at the address(es) listed below:
          Andrea Dobin    ecftrusteead@msbnj.com,  NJ55@ecfcbis.com
          Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation
          dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon   on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee Et
          Al... dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Kevin Gordon McDonald   on behalf of Creditor   Toyota Motor Credit Corporation
          kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Rebecca Ann Solarz   on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee Et
          Al... rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Victor  Druziako   on behalf of Joint Debtor Kenyatta R. Jenkins bkdruziako@aol.com
          Victor  Druziako   on behalf of Debtor Bristol K. Jenkins, Sr. bkdruziako@aol.com
                                                                              TOTAL: 8
```