UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Jenkins, Bristol K., Sr. and Kenyatta R.     Case No.: __18-21794-MBK__

Chapter: __7__

Judge: __Michael B. Kaplan__

## NOTICE OF PROPOSED ABANDONMENT

__Andrea Dobin,__ __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

> Clerk of the U.S. Bankruptcy Court
> U.S. Courthouse, 1st floor
> 402 E. State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan__ on __March 18, 2019__ at __10:00 a.m.__ at the United States Bankruptcy Court, Courtroom no __8__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real estate located at:
19 Warren Ave.
Browns Mills, NJ

Valued at $265,000.00

Liens on property:

SLS
$361,899.00

Real Time
$50,991.00

Amount of equity claimed as exempt:

$24,383.00

Objections must be served on, and requests for additional information directed to:

Name: __Andrea Dobin, Trustee__

Address: __McManimon, Scotland & Baumann, LLC 427 Riverview Plaza, Trenton, NJ 08611__

Telephone No.: __609.695.6070 or 973.243.8600__

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Bristol K. Jenkins, Sr.
Kenyatta R. Jenkins
    Debtors

Case No. 18-21794-MBK
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Feb 14, 2019
                       Form ID: pdf905     Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2019.
```
db/jdb         +Bristol K. Jenkins, Sr.,   Kenyatta R. Jenkins,   19 Warren Ave.,   Browns Mills, NJ 08015-4301
aty            +Rebecca A. Solarz,   216 Haddon Ave.,   Suite 406,   Westmont, NJ 08108-2812
lm             +SLS,   8742 Lucent Blvd., Ste. 300,   Highlands Ranch, CO 80129-2386
517612636      +Deutsche Bank National Trust Co. Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
517691529       EMERG PHYS SVCS OF NJ PA,   PO Box 1123,   Minneapolis, MN 55440-1123
517584412       Freeman & Mintz, PA,   34 Tanner Street,   Haddonfield, New Jersey 08033-2482
517584413      +HT Automotive, LLC,   1301 Route 73,   Mt. Laurel, NJ 08054-2215
517701606      +PNC Bank, N.A.,   PO Box 94982,   Cleveland, OH 44101-4982
517660242       Pinnacle Credit Services, LLC its successors and,   assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
517584416      +SLS,   8742 Lucent Blvd., Suite 300,   Highlands Ranch, Colorado 80129-2386
517584417       Toyota Financial Services,   POB 4102,   Carol Stream, Illinois 60197-4102
517661478      +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
517881984       US Department of Education,   PO Box 16448,   St Paul MN 55116-0448
517584420      +United States Attorney General,   United States Department of Justice,
                 Ben Franklin Station, POB 683,   Washington, D.C. 20044-0683
517584422       Virtua Health System,   POB 8500-8267,   Philadephia, Pennsylvania 19178-8267
517584423      +Wells Fargo Bank,   POB 14517,   Des Moines, Iowa 50306-3517
517605387      +Wells Fargo Bank, NA,   435 Ford Road, 3rd FL, Suite 300,   Saint Louis Park, MN 55426-4938
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 15 2019 00:14:32    U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 15 2019 00:14:30    United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517696206      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 15 2019 00:17:34    Directv, LLC,
                 by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517584414       E-mail/Text: cio.bncmail@irs.gov Feb 15 2019 00:13:46    Internal Revenue Service,   POB 7346,
                 Philadelphia, Pennsylvania 19101-7346
517696011      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 15 2019 00:14:29    Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
517703858       E-mail/Text: bkdepartment@rtresolutions.com Feb 15 2019 00:14:41
                 Real Time Resolutions, Inc.,   1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
517584415       E-mail/Text: bkdepartment@rtresolutions.com Feb 15 2019 00:14:41
                 Real Time Resolutions, Inc.,   P. O. Box 731940,   Dallas, TX 75373-1940
517584418      +E-mail/Text: usanj.njbankr@usdoj.gov Feb 15 2019 00:14:32    United States Attorney,
                 Peter Rodino Federal Building,   970 Broad Street, Suite 700,   Newark, New Jersey 07102-2527
                                                                                               TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517696013*     +Midland Funding LLC,   PO Box 2011,   Warren, MI 48090-2011
517661479*     +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
517676733*     +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
517584419*     +United States Attorney,   Peter Rodino Federal Building,   970 Broad Street, Suite 700,
                 Newark, New Jersey 07102-2527
517584421*     +United States Attorney General,   United States Department of Justice,
                 Ben Franklin Station, POB 683,   Washington, D.C. 20044-0683
                                                                                    TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2019                                                 Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 14, 2019
                              Form ID: pdf905          Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2019 at the address(es) listed below:
              Andrea   Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee Et
               Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor   Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee Et
               Al... rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Victor   Druziako    on behalf of Joint Debtor Kenyatta R. Jenkins bkdruziako@aol.com
              Victor   Druziako    on behalf of Debtor Bristol K. Jenkins, Sr. bkdruziako@aol.com
                                                                                             TOTAL: 8
```