**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Bristol K. Jenkins Sr.<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6832<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Kenyatta R. Jenkins<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6858<br>EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   18–21794–MBK

# Order of Discharge                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Bristol K. Jenkins Sr.                                    Kenyatta R. Jenkins
aka Bodies by Bristol LLC


3/22/19                                                   **By the court:**  Michael B. Kaplan
                                                                            United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318                          **Order of Discharge**                          page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                **Order of Discharge**                page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 18-21794-MBK
Bristol K. Jenkins, Sr.                                                             Chapter 7
Kenyatta R. Jenkins
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Mar 22, 2019
                              Form ID: 318             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2019.
```
db/jdb       +Bristol K. Jenkins, Sr.,   Kenyatta R. Jenkins,   19 Warren Ave.,   Browns Mills, NJ 08015-4301
aty          +Rebecca A. Solarz,   216 Haddon Ave.,   Suite 406,   Westmont, NJ 08108-2812
lm           +SLS,   8742 Lucent Blvd., Ste. 300,   Highlands Ranch, CO 80129-2386
517612636    +Deutsche Bank National Trust Co. Trustee (See 410),   c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
517691529     EMERG PHYS SVCS OF NJ PA,   PO Box 1123,   Minneapolis, MN 55440-1123
517584412    +Freeman & Mintz, PA,   34 Tanner Street,   Haddonfield, New Jersey 08033-2482
517584413    +HT Automotive, LLC,   1301 Route 73,   Mt. Laurel, NJ 08054-2215
517701606    +PNC Bank, N.A.,   PO Box 94982,   Cleveland, OH 44101-4982
517660242     Pinnacle Credit Services, LLC its successors and,   assigns as assignee of Cellco,
               Partnership d/b/a Verizon Wireless,   Resurgent Capital Services,   PO Box 10587,
               Greenville, SC 29603-0587
517584416    +SLS,   8742 Lucent Blvd., Suite 300,   Highlands Ranch, Colorado 80129-2386
517661478    +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
517584420    +United States Attorney General,   United States Department of Justice,
               Ben Franklin Station, POB 683,   Washington, D.C. 20044-0683
517584422     Virtua Health System,   POB 8500-8267,   Philadephia, Pennsylvania 19178-8267
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 23 2019 00:37:07    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 23 2019 00:37:03     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517696206    +EDI: AIS.COM Mar 23 2019 04:13:00    Directv, LLC,   by American InfoSource as agent,
               4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517584414     EDI: IRS.COM Mar 23 2019 04:13:00    Internal Revenue Service,   POB 7346,
               Philadelphia, Pennsylvania 19101-7346
517696011    +EDI: MID8.COM Mar 23 2019 04:13:00    Midland Funding LLC,   PO Box 2011,
               Warren, MI 48090-2011
517703858     E-mail/Text: bkdepartment@rtresolutions.com Mar 23 2019 00:37:19
               Real Time Resolutions, Inc.,   1349 Empire Central Drive, Suite #150,
               Dallas, Texas 75247-4029
517584415     E-mail/Text: bkdepartment@rtresolutions.com Mar 23 2019 00:37:19
               Real Time Resolutions, Inc.,   P. O. Box 731940,   Dallas, TX 75373-1940
517584417     EDI: TFSR.COM Mar 23 2019 04:13:00    Toyota Financial Services,   POB 4102,
               Carol Stream, Illinois 60197-4102
517881984     EDI: ECMC.COM Mar 23 2019 04:13:00    US Department of Education,   PO Box 16448,
               St Paul MN 55116-0448
517584418    +E-mail/Text: usanj.njbankr@usdoj.gov Mar 23 2019 00:37:07    United States Attorney,
               Peter Rodino Federal Building,   970 Broad Street, Suite 700,   Newark, New Jersey 07102-2527
517584423    +EDI: WFFC.COM Mar 23 2019 04:13:00    Wells Fargo Bank,   POB 14517,
               Des Moines, Iowa 50306-3517
517605387    +EDI: WFFC.COM Mar 23 2019 04:13:00    Wells Fargo Bank, NA,   435 Ford Road, 3rd FL, Suite 300,
               Saint Louis Park, MN 55426-4938
                                                                                              TOTAL: 12
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517696013*   +Midland Funding LLC,   PO Box 2011,   Warren, MI 48090-2011
517661479*   +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
517676733*   +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
517584419*   +United States Attorney,   Peter Rodino Federal Building,   970 Broad Street, Suite 700,
               Newark, New Jersey 07102-2527
517584421*   +United States Attorney General,   United States Department of Justice,
               Ben Franklin Station, POB 683,   Washington, D.C. 20044-0683
                                                                              TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-3            User: admin                  Page 2 of 2            Date Rcvd: Mar 22, 2019
                                Form ID: 318                 Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2019 at the address(es) listed below:
              Andrea   Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee Et
               Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor   Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee Et
               Al... rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Victor   Druziako    on behalf of Joint Debtor Kenyatta R. Jenkins bkdruziako@aol.com
              Victor   Druziako    on behalf of Debtor Bristol K. Jenkins, Sr. bkdruziako@aol.com
                                                                                             TOTAL: 8
```